**04-15-00563-CV**

ACCEPTED
04-15-00563-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2015 1:00:14 PM
KEITH HOTTLE
CLERK

2014CV02437

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:8/24/2015 2:49:53 PM
Accepted By: Leticia Silva
_____ Leticia Silva _____
Deputy Clerk

**CAUSE NO. 2014CV02437**

| | | |
|---|---|---|
| **UNITED BIOLOGICS, LLC d/b/a** | § | **IN THE COUNTY COURT** |
| **UNITED ALLERGY SERVICES** | § | |
| | § | 4th COURT OF APPEALS |
| **vs.** | § | SAN ANTONIO, TEXAS |
| | § | **AT LAW NUMBER 5** |
| **HOLLY RIDGE UNITED** | § | |
| **HEALTHCARE, P.A.** | § | **BEXAR COUNTY**, **TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/10/2015 1:00:14 PM
KEITH E. HOTTLE
Clerk

### DEFENDANT'S NOTICE OF RESTRICTED APPEAL
### OR, ALTERNATIVELY, NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Holly Ridge United Healthcare, P.A., Defendant, and files this its Notice of Restricted Appeal or, Alternatively, Notice of Appeal to appeal the default judgment signed on July 9, 2015. Defendant is affected by the judgment, but did not participate, personally or through counsel, in the hearing that resulted in the judgment complained of. Defendant did not file a motion for new trial, request for findings of fact or conclusions of law, nor a notice of appeal within the time permitted. Defendant appeals to the Texas Court of Appeals for the Fourth Judicial District.

Alternatively, in the event the Court determines that Defendant's post-judgment filing constitutes a motion for new trial, its deficiencies notwithstanding, Defendant Holly Ridge United Healthcare, P.A. files this Notice of Appeal to the Texas Court of Appeals for the Fourth Judicial District.

Submit Date:8/21/2015 4:08:02 PM

Respectfully submitted,

WILLIAM M. NICHOLS, P.C.
Attorney for Defendant
McAllister Plaza, suite 1250
9601 McAllister Freeway
San Antonio, Texas 78216-5150
Telephone: (210) 340-8880
Facsimile: (210) 340-8885

By:/s/ *William M. Nichols*
William M. Nichols
State Bar No. 15006800

## CERTIFICATE OF SERVICE

I, William M. Nichols, do certify that a true and correct copy of the foregoing pleading was sent by email to Mr. John P. Henry, Law offices of John Henry, P.C., 407 West Liberty Street, Round Rock, Texas 78664 (jhenry@henrylaw.com) on this 21st day of August

/s/ *William M. Nichols*
William M. Nichols